UNITED STATES of America, Plaintiff–Appellee,

v.

Gregg BRAXTON, Defendant–Appellant.

No. 15–7964.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2016.

Decided: May 20, 2016.

Gregg Braxton, Appellant Pro Se. Michael Calvin Moore, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregg Braxton appeals from the district court's order denying his 18 U.S.C.

§ 3582(c)(2) (2012) motion based on Amendment 782. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Braxton,* No. 3:08–cr–00187–HEH–MHL–1 (E.D.Va. Dec. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*